Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK, | Case No. 3:21-cv-03235-AGT |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY GENERAL ORDER 56; [~~PROPOSED~~] ORDER** |
| vs. | |
| MONRO, INC. dba TIRE CHOICE, et al., | |
| Defendants. | |

Plaintiff, Gerardo Hernandez ("Plaintiff"), and Defendant, Marilou West, Melissa W. Phillips, and Scott L. West (collectively "Defendants," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1. This action arises out of Plaintiff's claims that Defendants denied him full and equal access to their public accommodation on account of his disabilities in violation of Title III of the Americans with Disabilities Act ("ADA") and parallel California law. Plaintiff seeks injunctive relief under federal and California law, as well as damages under California law. This matter therefore proceeds under this district's General Order 56 which governs ADA access matters.

2. The Court has ordered that the Parties conduct a joint site inspection of the subject property within 60 days after service of the complaint (General Order 56, as amended in January 2020), in this instance, on or before July 15, 2021.

3. Plaintiff has been attempting to serve Defendant Monro, Inc. dba Tire Choice with the Summons and First Amended Complaint, but has not been able to effect service on Monro, Inc. to date.

4. The Parties were unable to schedule a date and time, before the July 15, 2021 deadline to conduct a joint site inspection.

5. Nonetheless, the Parties require a 45-day extension for Plaintiff to serve Monro, Inc. and to schedule and conduct the joint site inspection, and if the matter does not settle prior to that time, it is subject to the Parties' reservation to further modify the date if necessary.

6. Accordingly, the Parties stipulate to extend the deadline to conduct the joint site inspection to August 30, 2021, with all dates triggered by that deadline continued accordingly.

**IT IS SO STIPULATED.**

Dated: July 12, 2021         MOORE LAW FIRM, P.C.

                             /s/ Tanya E. Moore
                             Tanya E. Moore
                             Attorney for Plaintiff,
                             Gerardo Hernandez

Dated: July 12, 2021         LAW OFFICES OF RONALD G. PECK

                             /s/ Ronald G. Peck
                             Ronald G. Peck
                             Attorneys for Defendants,
                             Marilou West, Melissa W. Phillips, and Scott L. West

///
///
///

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                                                    */s/ Tanya E. Moore*
                                                                    Tanya E. Moore
                                                                    Attorney for Plaintiff,
                                                                    Gerardo Hernandez

**[~~PROPOSED~~] ORDER**

      The Parties having so stipulated and good cause appearing,

      **IT IS HEREBY ORDERED** that the deadline for the Parties to complete the joint site inspection is extended to August 30, 2021, with all dates triggered by that deadline continued accordingly.

**IT IS SO ORDERED**.

Dated: July 12, 2021

                                                ALEX G. TSE
                                                United States Magistrate Judge